UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ZIMMER SPINE, INC., | CIV. NO. 10-cv-4725 (JNE/JSM) |
| Plaintiff, | ORDER |
| v. | |
| FRANK W. WAINWRIGHT and PRO MEDICAL, LLC, | |
| Defendants. | |

The above matter came on before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated July 7, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

Plaintiff's Motion to Dismiss [Docket No. 15] is **DENIED.**

Dated: 7-25, 2011

s/ Joan N. Ericksen
Joan N. Ericksen
United States District Court